IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

SAMMY LEE WILLIAMS, :
:
        Plaintiff, :
: NO. 5:13-CV-0305-MTT-MSH
VS. :
:
VETRIMYER MILLER, :
:
        Defendants. :

## ORDER

Plaintiff Sammy Lee Williams, a prisoner currently confined at the Rutledge State Prison in Columbus, Georgia, filed a *pro se* civil rights complaint in this Court on August 26, 2013. The Complaint was subsequently dismissed, prior to service, pursuant to 28 U.S.C. § 1915A(b), and judgment was entered on September 24, 2013.

Plaintiff has now filed a post-judgment "Motion for Petitioner's Right to Anticipate Redress" (Doc. 10), in which he requests a bus ticket and funds to facilitate his move to Phoenix, Arizona, his chosen "comfort home in citizenship." The Court finds that this motion is frivolous and cannot be saved by any liberal construction. Plaintiff's Motion is accordingly **DISMISSED**. Plaintiff is further advised that he no longer has an active case in this Court, and thus even a non-frivolous request for relief could not be considered. Any future requests for relief must be brought in a new civil action.

**SO ORDERED** this 4th day of December, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jlr